**William Jacinto PINEDA–VILLALOBOS,**
**Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 14–1568.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 24, 2014.

Filed: Oct. 28, 2014.

William Jacinto Pineda–Villalobos, Des Moines, IA, pro se.

---

Jessica Dawgert, Karen Yolanda Drummond, Carl H. McIntyre, Kohsei Ugumori, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

[Unpublished]

PER CURIAM.

El Salvadoran citizen William Jacinto Pineda–Villalobos (Pineda) petitions for review of an order of the Board of Immigration Appeals (BIA) upholding an immigration judge's (IJ's) denial of withholding of removal. We agree with the IJ and the BIA that Pineda failed to establish that he qualified for withholding of removal. *See De Castro–Gutierrez v. Holder*, 713 F.3d 375, 379 (8th Cir.2013) (reviewing de novo questions of law; where BIA essentially adopts IJ's decision, but also adds its own reasoning, this court reviews both decisions together under substantial-evidence standard); *see also* 8 U.S.C. § 1231(b)(3)(A); *Alavez–Hernandez v. Holder*, 714 F.3d 1063, 1066 (8th Cir.2013) (qualifications for withholding of removal). The petition for review is denied.